UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        RESPONDENT,<br><br>V.<br><br>DUANE DEVERY DIXON,<br><br>        MOVANT. | NO. 2:07-CR-0146 JAM DAD P<br><br><br><br>ORDER |

    Respondent has filed a request to file Exhibit C of the pending motion to dismiss under seal. Exhibit C is the Presentence Investigation Report, which was prepared by the United States Probation Office and contains sensitive information pertaining to movant Dixon.

    Good cause appearing, IT IS HEREBY ORDERED that the Respondent's request to file Exhibit C of the pending motion to dismiss with the court under seal (Doc. No. 132) is granted.

Dated: November 26, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/dixo0146.seal

1